**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Beverly L. Warren-Lynch, | ) | Case No.: 10-00013-BGC-13 |
| | ) | |
| Debtor. | ) | |

**ORDER ON
DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

On June 26, 2013, the Debtor filed a <u>Motion to Dismiss</u> this Chapter 13 case.

If a Chapter 13 case has not been converted and the Debtor requests dismissal, Section 1307(b) of the Bankruptcy Code [11 U.S.C. §1307(b)] requires the Court to dismiss the case.

Considering the above, it is ORDERED, ADJUDGED AND DECREED that:

1. This Chapter 13 case is DISMISSED;
2. The Chapter 13 Trustee is directed to disburse any funds received before the date of this Order as follows: the filing fee to the Clerk of Court, U.S. Bankruptcy Court and the balance to the creditors. Any funds received after the date of this Order should be returned to the Debtor;
3. Any <u>Direction for Deduction</u> is withdrawn, shall have no effect, and no deductions shall be made from the date of this order.

Dated:  June 26, 2013

/s/Benjamin Cohen
BENJAMIN COHEN
United States Bankruptcy Judge

BC:pb